**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **Al Gammarino, Trustee, et al.,** | : Case Number: 1:22cv200 |
| | : **Judge Susan J. Dlott** |
| **Plaintiff,** | : |
| | : |
| **vs.** | : |
| **Sycamore Township, et al.,** | : |
| **Defendants.** | : |

**ORDER**

The above-captioned matter is hereby **TRANSFERRED** from the docket of The

Honorable Susan J. Dlott to the Clerk of this Court for reassignment.

**IT IS SO ORDERED.**

S/Susan J. Dlott _____
Susan J. Dlott
United States District Court