UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| AL GAMMARINO, Trustee, et al. | : | CASE NO. 1:22 CV 200 |
| 3020 Glenfarm Court | : | |
| Cincinnati, Ohio  45236 | : | (Judge Cole) |
| | : | |
| Plaintiffs | : | |
| | : | PLAINTIFFS' MOTION FOR LEAVE TO |
| vs. | : | FILE AN AMENDED COMPLAINT |
| | : | PURSUANT TO OPINION AND ORDER |
| SYCAMORE TOWNSHIP, et al. | : | ENTERED FEBRUARY 7, 2023 WITH |
| | : | PLAINTIFFS' AMENDED COMPLAINT |
| Defendants | : | ATTACHED HERETO AS DIRECTED |
| | : | BY COURT ORDER |

Now come the Plaintiffs, Al Gammarino, Trustee, Al Gammarino, individually, Cathy Gammarino, and Anthony Gammarino, individually, and Anthony Gammarino, Trustee, by and through undersigned counsel, and move for leave to file an amended complaint identifying deficiencies the Court identified in the original complaint and attach the proposed amended complaint to this motion.  This motion is filed pursuant to the Opion and Order, Doc. #12 issued on February 7, 2023.

/s/ Robert G. Kelly
ROBERT G. KELLY       (0002167)
Attorney for Plaintiffs
4353 Montgomery Road
Norwood, Ohio 45212
513-531-3636
513-531-0135 fax
kelly@rgkellylaw.com

MEMORANDUM

The Court granted the Gammarinos thirty days to move for leave to file an amended complaint addressing deficiencies the Court identified.  The Plaintiffs have reviewed the Court's

opinion and file the attached amended complaint with Exhibits attached thereto addressing all issues known to the Plaintiffs at this time without conducting additional discovery in this matter.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent to Jared A. Wagner, Esq., and Jane Michele Lynch, Esq., Attorneys for Defendants by email this 8th day of March, 2023, and through the Court's ECF system.

/s/ Robert G. Kelly
Robert G. Kelly