UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| AL GAMMARINO, Trustee, et al. <br> 3020 Glenfarm Court <br> Cincinnati, Ohio 45236 | : <br> : <br> : | CASE NO. 1:22 CV 200 <br> (Judge Cole) |
| Plaintiffs | : <br> : | |
| vs. | : <br> : | |
| SYCAMORE TOWNSHIP, et al. | : <br> : | |
| Defendants | : | |

# EXHIBIT P, ATTACHMENT TO PLAINTIFFS' AMENDED COMPLAINT FILED MARCH 8, 2023



# PAVAN V. PARIKH
## Hamilton County Clerk of Courts

March 7, 2023

To whom it may concern,

The following vehicles have both been reported CRUSH as of December 28, 2021 according to the NMVTIS system for Hamilton County Auto Title Division.

1ZWFT61L525607460 VIN to a 2002 Mercury.

1HGCG2250YA011990 VIN to a 2000 Honda Accord.

Please contact the main BMV in Columbus to have them remove the CRUSH brand from both of these vehicles in order for us to proceed with reprinting these titles for the customer. The phone number for the Columbus BMV is 1-614-752-7671

If you have any additional questions, please feel free to contact Hamilton County Auto Title at 513-946-8144

Thank you,

Sarah Laffey
(Deputy Clerk of Courts)





EXHIBIT
P



Clerk of Courts, Hamilton County, Ohio

# Power of Attorney

NOTICE: The making of a false statement under oath or affirmation is in violation of Section 2921.13 of the Revised Code and is punishable by six months imprisonment and a fine up to one thousand dollars, or both.

**KNOW ALL MEN BY THESE PRESENTS,** that I, the undersigned, do hereby make, constitute and appoint _AL Gammarino_ presently residing at _3020 Glenfarm Ct._ _Cincinnati, OH 45236_ as my true and lawful attorney to execute and sign such papers, including affidavits respecting representations herein, as are necessary under the laws of the State of Ohio to make assignment on an Ohio Certificate of Title in my name for the following motor vehicle or to apply on my behalf for an Ohio Certificate of Title or a Duplicate Certificate of Title in my name covering the following motor vehicle:

YEAR _2002_  MAKE _Mercury_  MODEL _____
BODY TYPE _HB_  MFR'S SERIAL NO _1ZWFT61L525607460_

I, _Cathy Gammarino_ STATE THAT THE ODOMETER
(Transferor's Name – Print)
(of the vehicle described below) NOW READS _____ (no tenths) MILES
AND TO THE BEST OF MY KNOWLEDGE THAT IT REFLECTS THE ACTUAL MILEAGE OF THE VEHICLE DESCRIBED BELOW, UNLESS ONE OF THE FOLLOWING IS CHECKED.

☐ (1) I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING REFLECTS THE AMOUNT OF MILEAGE IN EXCESS OF ITS MECHANICAL LIMITS.

☐ (2) I HEREBY CERTIFY THAT THE ODOMETER READING IS NOT THE ACTUAL MILEAGE.
(WARNING – ODOMETER DISCREPANCY)

_____
Signature of Person Giving Power of Attorney

STATE OF OHIO  }
COUNTY OF HAMILTON  } ss:

Before me, a Notary Public, in and for said State, personally appeared _Cathy Gammarino_, the Grantor of this *Power of Attorney*; and Acknowledged that he/she did sign the within and that the signing of same is of his/her own act and deed.

Sworn before me, a Notary Public, in and for said County, this _7th_ day of _March_ 20_23_.

_Jacqueline Nash_
(Notary Public)

(SEAL)
JACQUELINE NASH
Notary Public, State of Ohio
My Comm. Expires Jan. 14, 2028

My Commission Expires _January 14, 2028_

(2)

Clerk of Courts, Hamilton County, Ohio

# Power of Attorney

NOTICE: The making of a false statement under oath or affirmation is in violation of Section 2921.13 of the Revised Code and is punishable by six months imprisonment and a fine up to one thousand dollars, or both.

**KNOW ALL MEN BY THESE PRESENTS**, that I, the undersigned, do hereby make, constitute and appoint ___AL Gammarino___ presently residing at ___3050 Glenfarm Ct.___ ___Cincinati, OH 45236___ as my true and lawful attorney to execute and sign such papers, including affidavits respecting representations herein, as are necessary under the laws of the State of Ohio to make assignment on an Ohio Certificate of Title in my name for the following motor vehicle or to apply on my behalf for an Ohio Certificate of Title or a Duplicate Certificate of Title in my name covering the following motor vehicle:

YEAR ___2000___ MAKE ___Honda___ MODEL ___Accord___
BODY TYPE ___2DR Coupe___ MFR'S SERIAL NO ___1HGCG2250YA011990___

I, ___Cathy Gammarino___ STATE THAT THE ODOMETER
(Transferor's Name – Print)
(of the vehicle described below) NOW READS _____ (no tenths) MILES AND TO THE BEST OF MY KNOWLEDGE THAT IT REFLECTS THE ACTUAL MILEAGE OF THE VEHICLE DESCRIBED BELOW, UNLESS ONE OF THE FOLLOWING IS CHECKED.

☐ (1) I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING REFLECTS THE AMOUNT OF MILEAGE IN EXCESS OF ITS MECHANICAL LIMITS.

☐ (2) I HEREBY CERTIFY THAT THE ODOMETER READING IS NOT THE ACTUAL MILEAGE.
(WARNING – ODOMETER DISCREPANCY)

_____
Signature of Person Giving Power of Attorney

STATE OF OHIO } ss:
COUNTY OF HAMILTON }

Before me, a Notary Public, in and for said State, personally appeared _____, the Grantor of this *Power of Attorney*, and Acknowledged that he/she did sign the within and that the signing of same is of his/her own act and deed.

Sworn before me, a Notary Public, in and for said County, this ___7th___ day of ___March___ 20___23___.

_____
(Notary Public)

JACQUELINE NASH
Notary Public, State of Ohio
My Comm. Expires Jan. 14, 2028

My Commission Expires ___January 14, 2028___

(3)

# OHIO CERTIFICATE OF TITLE

**STATE OF OHIO** No. 31 0354 6068
**ORIGINAL**

ISSUING CNTY: HAMILTON
RESIDENT CNTY: HAMILTON

ISSUE DATE: 03/21/2002

IDENTIFICATION NUMBER: 1G2FS21S4HN217098
YEAR: 1987  MAKE: PONT  MAKE DESCRIPTION: PONTIAC
COMMENTS:
PURCHASE PRICE: $100.00  BODY TYPE: 2D  MODEL: FBD  MODEL DESCRIPTION:
TAX: $6.00  MILEAGE: 15,447  EVIDENCE: OH 3103543099
CONVERSION:
MLG BRAND: EXCEEDS MECHANICAL LIMITS
BRAND(S):

OWNER:
AL GAMMARINO
6924 SILVERTON AVENUE
CINCINNATI, OH 45236

PREVIOUS OWNER:
CW COACH SALES II
7439 VINE ST
CINCINNATI, OH 45216-0000

31262776  UD010213

LIEN DISCHARGE:
Lienholder _____
by _____ Authorized Signature _____ date _____
CLERK OF COURTS LIEN CANCELLATION
by _____ Deputy Clerk _____ date _____

LIEN DISCHARGE:
Lienholder _____
by _____ Authorized signature _____ date _____
CLERK OF COURTS LIEN CANCELLATION
by _____ Deputy Clerk _____ date _____

WITNESS MY HAND AND OFFICIAL SEAL THIS 21st DAY OF MARCH 2002
(SEAL)

7053608819

*%053608819*

JAMES CISSELL
CLERK OF COURTS

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

BMV 3800 Rev. 8/98




(4)

# OHIO CERTIFICATE OF TITLE

**STATE OF OHIO** No. 31 0205 0011

COUNTY OF HAMILTON
ORIGINAL
ISSUE DATE 02/24/2000

IDENTIFICATION NUMBER: 1GCFC24R8LE132105
BODY TYPE: PT
YEAR: 1990
MAKE: CHEV
MAKE DESCRIPTION: CHEVROLET
MODEL DESCRIPTION: FLEETSIDE

PURCHASE PRICE: $100.00
TAX: $6.00
MILEAGE: 128,794
EVIDENCE: OH 314356853

ELS BRAND

SOLD(S)
UNDER:
AL GAMMARINO TRUSTEE FOR BENEFIT OF ANTHONY GAMMARINO
3700 E. GALBRAITH RD
CINCINNATI, OH 45236

PREVIOUS OWNER:
COMMERCIAL PARTS & SERVICE OF OHIO

PLATE: [signature]
01-29-02

WITNESS MY HAND AND OFFICIAL SEAL THIS 24th DAY OF FEBRUARY, 2000
(SEAL)

%040317798

*%040317798*

%040317798

JAMES CISSELL
CLERK OF COURTS

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.

BMV 3800 Rev. 8/98

(5)



BMV 3800 Rev. 3/08

# OHIO CERTIFICATE OF TITLE

**STATE OF OHIO** No. 31 0265 0612

COUNTY OF HAMILTON

ORIGINAL

ISSUE DATE 02/24/2000

IDENTIFICATION NUMBER: 1GCEL19T3LB195289

BODY TYPE: VN
YEAR: 1990
MAKE: CHEV
MAKE DESCRIPTION: CHEV

PURCHASE PRICE: $500.00
MODEL: AST
MODEL DESCRIPTION: AST

TAX: $30.00
MILEAGE: 236,346
EVIDENCE: OH 3102659975

OWNER(S):
AL GAMMARINO TRUSTEE FOR BENEFIT OF ANTHONY GAMMARINO
5700 E. GALBRAITH RD
CINCINNATI, OH 45236

PREVIOUS OWNER:
COMMERCIAL PARTS & SERVICES OF OHIO
BRAINFIELD RD
CINCINNATI, OH 45236

LICENSE FUPPES
TRANSFER ISSUED
TRUCK WT

TAG 03/19/00

LIEN DISCHARGE

WITNESS MY HAND AND OFFICIAL SEAL THIS 24th DAY OF FEBRUARY, 2000

%040317799

*%040317799*

4040317799

JAMES CISSELL
CLERK OF COURTS

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.

BMV 3800 Rev. 8/98

(7)

Case: 1:22-cv-00200-DRC Doc #: 13-17 Filed: 03/08/23 Page: 9 of 18 PAGEID #: 349





| RECEIPT | |
|---|---|
| DATE 3-19-02 | No. 233335 |
| FROM Al Gammarino | $521.00 |
| Five Hundred Twenty One 00/100 DOLLARS | |
| FOR RENT / FOR 93 Eagle Summit | |
| ACCT. | ☑ CASH   FROM ____ TO ____ |
| PAID 521.00 | ○ CHECK |
| DUE 0.00 | ○ MONEY ORDER  BY 3P |
| | 1152 |

purchase of Eagle Summit

(9)

**OHIO CERTIF**[ICATE OF TITLE]

0336120012 FORD - AD
48063000000000000 3755 3059

**STATE OF OHIO** No. 13 0112 7169
ORIGINAL

ISSUING CNTY: CLERMONT
RESIDENT CNTY: HAMILTON

ISSUE DATE: 08/30/2004

IDENTIFICATION NUMBER: 1FTRF12WX4NC58614
YEAR: 2004  MAKE: FORD  MAKE DESCRIPTION: FORD
COMMENTS:
PURCHASE PRICE: $21,471.98
BODY TYPE: PT  MODEL: F15  MODEL DESCRIPTION: LGT CONVTNL 'F'
TAX: $1,503.04
MILEAGE: 18  EVIDENCE: OH MCO - IN STATE
CONVERSION:
MLG BRAND: ACTUAL

BRAND(S):

OWNER:
MARK DENOMA
10629 THISTLEWOOD CT
CINCINNATI, OH 45242

PREVIOUS OWNER:
MONTGOMERY FORD LTD
9260 MONTGOMERY RD
CINCINNATI, OH 45242-0000

31274429    ND002816

FIRST LIENHOLDER: FORD MOTOR CREDIT CO
DATE OF LIEN: 08/30/2004
P O BOX 105704
ATLANTA, GA 30348

CANCELLED

LIEN DISCHARGE:
FORD MOTOR CREDIT COMPANY
DEC 2 0 2004
Authorized signature / date
CLERK OF COURTS LIEN CANCELLATION
by: FRANKLIN COUNTY CLERK OF COURTS
Deputy Clerk / date

LIEN DISCHARGE:
Lienholder
by: Authorized signature / date
CLERK OF COURTS LIEN CANCELLATION
by: Deputy Clerk / date

WITNESS MY HAND AND OFFICIAL SEAL THIS 30th DAY OF AUGUST, 2004
(SEAL)

%073925312

*%073925312*

%073925312

DAVID CAUDILL
CLERK OF COURTS

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

BMV 3800 Rev. 7/02

(10)

ERASURES AND ALTERATIONS VOID THIS TITLE ASSIGNMENT. (Type or print in ink.)

**ASSIGNMENT OF OWNERSHIP**

I (we) certify the vehicle or watercraft or outboard motor described in this title was delivered on ___/___/___ for the price of $ _____ to: Is Seller a Minor? ☐ Yes ☒ No

Transferee's/Buyer's printed name __AL Gammarino__

Transferee's/Buyer's printed address __3020 Glenfarm Ct. Cincinnati, OH 45236__

**ODOMETER CERTIFICATION**

Federal and State laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

I (we) certify to the best of my (our) knowledge that the odometer now reads [ ][ ][ ][ ][ ][ ] . [ ] miles and is the actual mileage of the vehicle unless one of the following statements is checked.

☐ The mileage stated is in excess of the mechanical limits.  ☐ The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

This vehicle was a (if applicable): ☐ Former Law Enforcement Vehicle   ☐ Former Taxi   ☐ Flood Vehicle

I (we) warrant the title to be free of all liens.

__Mark Denoma__                          X __[signature]__
Transferor's/Seller's printed name        Transferor's/Seller's signature

__10629 Thistlewood Court, Cincinnati, OH 45242__
Transferor's/Seller's printed address

NOTE: All blank spaces above must be completed before acknowledgement.

Sworn to and subscribed in my presence by __Mark Denoma__ this __8th__ day of __April__ yr. __2021__

My commission expires __Jan. 14__ yr. __2028__   __Jacqueline Nash__
(seal) Clerk, Deputy Clerk of Courts - Notary

**TRANSFEREE'S/BUYER'S ACKNOWLEDGEMENT OF ABOVE ODOMETER CERTIFICATION**

__AL Gammarino__                X __AJ Gammarino__
Transferee's/Buyer's printed name        Transferee's/Buyer's signature

Warning to transferor and transferee (seller and buyer): You are required by law to state the true selling price. A false statement is in violation of section 2921.13 of the Ohio Revised Code and is punishable by six months imprisonment and a fine of up to one thousand dollars ($1,000). All transfers are audited by the Department of Taxation. The seller and buyer must provide any information requested by the Department of Taxation. The buyer may be assessed any additional tax found to be due.

**APPLICATION FOR CERTIFICATE OF TITLE** (Type or Print in Ink) Fee of $5.00 for failure to apply for title within 30 days of assignment.

Check type of application(s): ☐ Motor Vehicle   ☐ Memorandum   ☐ Watercraft   ☐ Outboard Motor   ☐ Salvage

Applicant's printed name _____ SSN/EIN _____

Applicant's address _____
STREET   CITY   ZIP   COUNTY

Gross Tax Due $ _____ Vendor's Discount $ _____ Tax Paid $ _____

Reason _____ Dealer's Permit Number _____ Vendor's Number _____

Condition of vehicle, watercraft or outboard motor (check only one): ☐ Good ☐ Fair ☐ Poor ☐ Wrecked

LIEN INFORMATION: If no lien, state "none". If more than one lien, attach statement of all additional liens.

Lienholder _____ Address _____

I (we) state that all information contained in this application is true and correct.   Is Applicant a Minor? ☐ Yes ☐ No

Applicant's signature X _____      ☐ Printed   ☐ Non Printed

Sworn to and subscribed in my presence by _____ this ___ day of _____ yr. ___

My commission expires _____ yr. ___
(seal) Clerk, Deputy Clerk of Courts - Notary






ERASURES AND ALTERATIONS VOID THIS TITLE ASSIGNMENT. (Type or print in ink.)

## ASSIGNMENT OF OWNERSHIP

I (we) certify the vehicle or watercraft or outboard motor described in this title was delivered on **5 / 26 / 17** for the price of $ **500.00** to:      Is Seller a Minor? ☐ Yes ☒ No

Transferee's/Buyer's printed name **Cathy Gammarino**

Transferee's/Buyer's printed address **3020 Glenfarm Ct., Cincinnati, OH 45236**

### ODOMETER CERTIFICATION

Federal and State laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

I (we) certify to the best of my (our) knowledge that the odometer now reads **1 8 6 9 7 4** miles and is the actual mileage of the vehicle unless one of the following statements is checked:

☐ The mileage stated is in excess of the mechanical limits
☐ The odometer reading is not the actual mileage. WARNING ODOMETER DISCREPANCY

This vehicle was a (if applicable): ☐ Former Law Enforcement Vehicle    ☐ Former Taxi    ☐ Flood Vehicle

I (we) warrant the title to be free of all liens.

Transferor's/Seller's printed name **Nick Sabino / Deer Park Roofing**     Transferor's/Seller's signature X _(signed)_

Transferor's/Seller's printed address **7201 Blue Ash Road, Cincinnati, OH 45236**

NOTE: All blank spaces above must be completed before acknowledgement.

Sworn to and subscribed in my presence by **Nick Sabino** this **26** day of **May** yr **2017**

My commission expires **2-14** yr **18**     Printed Notary Name **Pamela Jo McArthur**

_(signature) Pamela Jo McArthur_

(seal) Clerk, Deputy Clerk of Courts - Notary

### TRANSFEREE'S/BUYER'S ACKNOWLEDGEMENT OF ABOVE ODOMETER CERTIFICATION

Transferee's/Buyer's printed name **Cathy Gammarino**     Transferee's/Buyer's signature X _Cathy Gammarino_

Warning to transferor and transferee (seller and buyer): You are required by law to state the true selling price. A false statement is in violation of section 2921.13 of the Ohio Revised Code and is punishable by six months imprisonment and a fine of up to one thousand dollars, or both. All transfers are audited by the Department of Taxation. The seller and buyer must provide any information requested by the Department of Taxation. The buyer may be assessed any additional tax found to be due.

## APPLICATION FOR CERTIFICATE OF TITLE (Type or Print in Ink) Fee of $5.00 for failure to apply for title within 30 days of assignment.

Check type of application(s): ☐ Motor Vehicle    ☐ Memorandum    ☐ Watercraft    ☐ Outboard Motor    ☐ Salvage

Applicant's printed name _____ SSN/EIN _____

Applicant's printed address _____
    STREET     CITY     ZIP     COUNTY

Purchase Price $ _____ Gross Tax Due $ _____ Vendor's Discount $ _____ Tax Paid $ _____

Tax exemption: ☐ Yes Reason _____ Dealer's Permit Number _____ Vendor's Number _____

Condition of vehicle or watercraft or outboard motor (check only one): ☐ Good   ☐ Fair   ☐ Poor   ☐ Wrecked

LIEN INFORMATION: If no lien, state "none". If more than one lien, attach statement of all additional liens.

Lienholder _____ Address _____

I (we) state that all information contained in this application is true and correct.    Is Applicant a Minor? ☐ Yes ☐ No

Applicant's signature X _____     ☐ Printed    ☐ Non Printed

Sworn to and subscribed in my presence by _____ this _____ day of _____ yr _____

My commission expires _____ yr _____

(seal) Clerk, Deputy Clerk of Courts - Notary

(13)



ERASURES AND ALTERATIONS VOID THIS TITLE ASSIGNMENT. (Type or print in ink.)

**ASSIGNMENT OF OWNERSHIP**

I (we) certify the vehicle or watercraft or outboard motor described in this title was delivered on May 26, 2017 for the price of $_____ to: Is Seller a Minor? ☐ Yes ☒ No

Transferee's/Buyer's printed name: Cathy Gammarino

Transferee's/Buyer's printed address: 3020 Glenfarm Court, Cincinnati, OH 45236

**ODOMETER CERTIFICATION**

Federal and State laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

I (we) certify to the best of my (our) knowledge that the odometer now reads | | |7|9|4|1| | miles and is the actual mileage of the vehicle unless one of the following statements is checked.

☐ The mileage stated is in excess of the mechanical limits.
☐ The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

This vehicle was a (if applicable): ☐ Former Law Enforcement Vehicle  ☐ Former Taxi  ☐ Flood Vehicle

I (we) warrant the title to be free of all liens.

Transferor's/Seller's printed name: Sanjeev Jha      X _Sanjeev_ Transferor's/Seller's signature

Transferor's/Seller's printed address: 3040 Glenfarm Ct., Cincinnati, OH 45236

NOTE: All blank spaces above must be completed before acknowledgement.

Sworn to and subscribed in my presence by Sanjeev Jha this 26th day of May yr. 2017

My commission expires 3-1 yr. 2020

Printed Notary Name _____

(seal) Clerk, Deputy Clerk of Courts - Notary

**TRANSFEREE'S/BUYER'S ACKNOWLEDGEMENT OF ABOVE ODOMETER CERTIFICATION**

Transferee's/Buyer's printed name: Cathy Gammarino    X Cathy Gammarino Transferee's/Buyer's signature

Warning to transferor and transferee (seller and buyer). You are required by law to state the true selling price. A false statement is in violation of section 2921.13 of the Ohio Revised Code and is punishable by six months imprisonment and a fine of up to one thousand dollars or both. All transfers are audited by the Department of Taxation. The seller and buyer must provide any information requested by the Department of Taxation. The buyer may be assessed any additional tax found to be due.

**APPLICATION FOR CERTIFICATE OF TITLE (Type or Print in Ink)** Fee of $5.00 for failure to apply for title within 30 days of assignment.

Check type of application(s): ☐ Motor Vehicle  ☐ Memorandum  ☐ Watercraft  ☐ Outboard Motor  ☐ Salvage

Applicant's printed name _____ SSN/EIN _____

Applicant's printed address _____ STREET _____ CITY _____ ZIP _____ COUNTY _____

Purchase Price $_____ Gross Tax Due $_____ Vendor's Discount $_____ Tax Paid $_____

Trade in Allowance $_____ Condition of vehicle/watercraft/outboard motor (check only one): ☐ Good ☐ Fair ☐ Poor ☐ Wrecked

Tax exemption: ☐ Yes Reason_____ Dealer's Permit Number_____ Vendor's Number_____

LIEN INFORMATION: If no lien, state "none". If more than one lien, attach statement of all additional liens.

Lienholder _____ Address _____

I (we) state that all information contained in this application is true and correct.   Is Applicant a Minor? ☐ Yes ☐ No

Applicant's signature X _____                                          ☐ Printed  ☐ Non Printed

Sworn to and subscribed in my presence by _____ this _____ day of _____ yr. _____

My commission expires _____ yr. _____

(seal) Clerk, Deputy Clerk of Courts - Notary _____



(16)

ERASURES AND ALTERATIONS VOID THIS TITLE ASSIGNMENT. (Type or print in ink.)

**ASSIGNMENT OF OWNERSHIP**

I (we) certify the vehicle or watercraft or outboard motor described in this title was delivered on 7/17/17 for the price of $ 700 to:   Is Seller a Minor? ☐ Yes ☒ No

Transferee's/Buyer's printed name  AL Gammarino

Transferee's/Buyer's printed address  3020 Glenfarm Road, Cincinnati, OH 45236

**ODOMETER CERTIFICATION**

Federal and State laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing false information may result in fines and/or imprisonment.

I (we) certify to the best of my (our) knowledge that the odometer now reads  1 6 5 2 7 8  (thousands / tenths / miles) and is the actual mileage of the vehicle unless one of the following statements is checked:

☐ The mileage stated is in excess of the mechanical limits.
☒ The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY

This vehicle was a (if applicable):  ☐ Former Law Enforcement Vehicle  ☐ Former Taxi  ☐ Flood Vehicle

I (we) warrant the title to be free of all liens.

James Bruening      X  /s/ James Bruening
Transferor's/Seller's printed name        Transferor's/Seller's signature

8516 Wicklow Ave 45236
Transferor's/Seller's printed address

NOTE: All blank spaces above must be completed before acknowledgement.

Sworn and subscribed in my presence by  James Bruening  this 17 day of July  yr. 2017

My commission expires  Jan 14  yr. 2018

(seal)  Clerk, Deputy Clerk of Courts - Notary  Jacqueline Nash

**TRANSFEREE'S/BUYER'S ACKNOWLEDGEMENT OF ABOVE ODOMETER CERTIFICATION**

AL Gammarino    X  /s/ AJ Gammarino
Transferee's/Buyer's printed name    Transferee's/Buyer's signature

Warning to transferor and transferee (seller and buyer.) You are required by law to state the true selling price. A false statement is in violation of section 2921.13 of the Ohio Revised Code and is punishable by six months imprisonment and a fine of up to one thousand dollars or both. All transfers are audited by the Department of Taxation. The seller and buyer must provide any information requested by the Department of Taxation. The buyer may be assessed any additional tax found to be due.

**APPLICATION FOR CERTIFICATE OF TITLE** (Type or Print in Ink)  Fee of $5.00 for failure to apply for title within 30 days of assignment.

Application(s):  ☐ Motor Vehicle  ☐ Memorandum  ☐ Watercraft  ☐ Outboard Motor  ☐ Salvage

Applicant's printed name _____  SSN/EIN _____

Applicant's printed address _____

Purchase Price $ _____  Gross Tax Due $ _____  Vendor's Discount $ _____  Tax Paid $ _____

Tax exemption: ☐ Yes  Reason _____  Dealer's Permit Number _____  Vendor's Number _____

Condition of vehicle or watercraft or outboard motor (check only one):  ☐ Good  ☐ Fair  ☐ Poor  ☐ Wrecked

LIEN INFORMATION: If no lien, state "none". If more than one lien, attach statement of all additional liens.

Lienholder _____  Address _____

I (we) state that all information contained in this application is true and correct.  Is Applicant a Minor? ☐ Yes ☐ No

Applicant's signature  X